antonioacastro.inf

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

APR 13 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00010 |
| Plaintiff, | **INFORMATION** |
| vs. | **THEFT OF PROPERTY** [18 U.S.C. § 641] (Count 1) (Class A Misdemeanor) |
| ANTONIO A. CASTRO, | **ENTERING MILITARY PROPERTY** [18 U.S.C. § 1382] (Count 2) (Class B Misdemeanor) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1 - THEFT OF PROPERTY**

On or about the 23rd day of February 2005, in the District of Guam, the defendant, ANTONIO A. CASTRO, wilfully and knowingly did steal and purloin aluminum railings from Andersen Air Force Base, South, Housing Area, of the value of less than $1,000.00, of the goods and property of the United States, in violation of 18 U.S.C. §§ 641.

**COUNT 2 - ENTERING MILITARY PROPERTY**

On or about the 23rd day of February 2005, in the District of Guam, the defendant,

1

1  ANTONIO A. CASTRO, went upon a United States military reservation, to wit: Andersen Air
2  Force Base, Guam, for a purpose prohibited by law or lawful regulation, that is, intending to
3  engage in conduct in violation of Title 18, United States Code, Section 641, in violation of Title
4
5  18 United States Code, Section 1382.

Dated this 12th day of April 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *[signature]*
JOSEPH TOCK
Special Assistant U.S. Attorney

2