# UNITED STATES DISTRICT COURT

District of _____ GUAM

U.S. MARSHALS GUAM
RECEIVED
15 APR 2005 14 00 01

UNITED STATES OF AMERICA

V.

ANTONIO A. CASTRO

**WARRANT FOR ARREST**

Case Number: MG-05-00010

FILED
DISTRICT COURT OF GUAM
MAY -5 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ANTONIO A. CASTRO _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☑ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

18:641 - THEFT OF PROPERTY (COUNT 1)

18:1382 - ENTERING MILITARY PROPERTY (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
Name of Issuing Officer

Signature of Issuing Officer: /s/ Marilyn B. Alcon

Deputy Clerk
Title of Issuing Officer

4/14/2005       Hagatna, Guam
Date            Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DEDEDO, GUAM

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-15-05 | S/DUSM FRANKLIN J. TAITANO UE | /s/ Franklin J. Taitano |
| DATE OF ARREST 5-5-05 | | |