**FILED**
DISTRICT COURT OF GUAM

MAY - 6 2005

**MARY L.M. MORAN
CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. **05-00010** |
| Plaintiff, | |
| vs. | O R D E R |
| **ANTONIO A. CASTRO,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case.

Dated this 5th day of May, 2005.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM