LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 9 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTONIO A. CASTRO,<br><br>    Defendant. | MAGISTRATE CASE NO. 05-00010<br><br>**UNITED STATES' EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court a list of proposed exhibits to be introduced in its case-in-chief.

RESPECTFULLY SUBMITTED this 9th day of August, 2005.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI

By: _____
    JOSEPH TOCK
    Special Assistant U.S. Attorney

## UNITED STATES EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Photograph of Andersen South Housing, railings removed | _____ | _____ |
| 2. | Photograph of Andersen South Housing, railings removed some on grass | _____ | _____ |
| 3. | Photograph of Andersen South Housing, railings and back of truck in view with railing propped against truck | _____ | _____ |
| 4. | Photograph of front of truck, railings on left, housing behind | _____ | _____ |
| 5. | Photograph of truck front license plate | _____ | _____ |
| 6. | Photograph of truck rear license plate with tailgate open and railings visible | _____ | _____ |
| 7. | Photograph of right rear side of truck with railing on ground and one propped against side | _____ | _____ |
| 8. | Photograph of rear of truck, cap open, railings inside | _____ | _____ |
| 9. | Photograph of railings on ground | _____ | _____ |
| 10. | Photograph of railings on ground | _____ | _____ |
| 11. | Photograph of portion of railing on ground by left side of truck | _____ | _____ |
| 12. | More, and different photograph of railings on ground | _____ | _____ |
| 13. | More, and different photograph of railings on ground | _____ | _____ |
| 14. | Photograph of left side of truck, railings on ground nearby and railings propped against tailgate | _____ | _____ |
| 15. | Photograph of railings on ground, close-up | _____ | _____ |

2