1 LEONARDO M. RAPADAS
  United States Attorney
2 JOSEPH TOCK
  Special Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
  108 Hernan Cortez Avenue
4 Hagatna, Guam 96910
  TEL: (671) 472-7332
5 FAX: (671) 472-7334

6 Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 9 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00010 |
| Plaintiff, | |
| vs. | **UNITED STATES' WITNESS LIST** |
| ANTONIO A. CASTRO, | |
| Defendant. | |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of voir dire:

1. Aguon, Mark J.
   Conservation Officer, Guam Department of Fish and Wildlife

2. Watson, Roger L.
   Conservation Officer, Guam Department of Fish and Wildlife

3. Camacho, Jimmy B.
   Conservation Officer, Guam Department of Fish and Wildlife

4. Stauffer, Regina E.
   USAF Security Forces, Andersen AFB, Guam

5. Banes, Rodney L.
   USAF Security Forces, Andersen AFB, Guam

6. Bauerle, Justin A.
   USAF Security Forces, Andersen AFB, Guam

7. Castro, Luis-Jeffrey C.
   789 Swamp Road, Dededo

8. Gumataotao, Barbara
   Real Estate Specialist, 36 ABW Civil Engineer Squadron

9. Ogden, Casey
   Geo-Base Engineer - Computer Satellite Mapping Specialist

Respectfully submitted this 9th day of August 2005.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By: *[signature]*
      JOSEPH TOCK
      Special Assistant U.S. Attorney