LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG - 9 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00010 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES'** [PROPOSED] **VERDICT FORM** |
| ANTONIO A. CASTRO, | ) | |
| Defendant. | ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict forms for purposes of this trial.

RESPECTFULLY SUBMITTED this 9th day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: [signature]
JOSEPH TOCK
Special Assistant U.S. Attorney

RECEIVED
AUG - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00010 |
| Plaintiff, | ) | |
| vs. | ) | **V E R D I C T** |
| ANTONIO A. CASTRO, | ) | |
| Defendant. | ) | |

We, the Jury, in the above-titled case unanimously find the Defendant ANTONIO A. CASTRO:

### COUNT 1

Violation of Section 641, Title 18, United States Code, Theft of Government Property:

/ / NOT GUILTY

/ / GUILTY

//
//
//
//
//
//

## COUNT 2

Violation of Section 1382, Title 18, United States Code, Entering Military Property:

/ / NOT GUILTY

/ / GUILTY

DATED this _____ day of August, 2005, at Hagatna, Guam.

_____
FOREPERSON