ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 9 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00010 |
| Plaintiff, ) | **GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |
| vs. ) | |
| ANTONIO A. CASTRO, ) | |
| Defendant. ) | |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning August 17, 2005.

RESPECTFULLY SUBMITTED this 9th day of August 2005.

           LEONARDO M. RAPADAS
           United States Attorney
           Districts of Guam and NMI

           By: /s/ Joseph Tock
           JOSEPH TOCK
           Special Assistant U. S. Attorney