# ORIGINAL

FILED

DISTRICT COURT OF GUAM

AUG 10 2005

MARY L.M. MORAN
CLERK OF COURT

1 LEONARDO M. RAPADAS
  United States Attorney
2 JOSEPH TOCK
  Special Assistant U.S. Attorneys
3 Suite 500, Sirena Plaza
  108 Hernan Cortez Avenue
4 Agana, Guam 96910
  Telephone: (671) 472-7332/7283
5 Telecopier: (671) 472-7334

6 Attorneys for United States of America

7 ## IN THE UNITED STATES DISTRICT COURT

8 ## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00010 |
| | ) | |
| Plaintiff, | ) | **ORDER RE:** |
| | ) | **GOVERNMENT'S REQUEST FOR** |
| | ) | **USE OF COURT'S EQUIPMENT** |
| vs. | ) | |
| | ) | |
| ANTONIO A. CASTRO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Government's request for the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter, is approved.

SO ORDERED this _10th_ day of August, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED

AUG - 9 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM