IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANTONIO A. CASTRO, ) <br> ) <br> Defendant. ) <br> ) | MAGISTRATE CASE NO. 05-00010 <br><br><br><br> **ORDER** <br> **Vacating August 17, 2005 Trial Date** |

The trial in this case is scheduled to commence on August 17, 2005. However, on June 24, 2005, the Court issued a warrant for the Defendant's arrest based on a Petition by the United States Probation Office alleging that the Defendant violated his pretrial release conditions. The warrant remains outstanding. According, the August 17, 2005 trial date is hereby vacated, and shall be reset upon apprehension of the Defendant.

SO ORDERED this 16th day of August 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge