IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
MAR 2 4 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00010**            **DATE: 03/24/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: J. Hattori
Court Recorder: Virginia T. Kilgore                                 Courtroom Deputy: Marilyn Alcon
Hearing Electronically Recorded: (5:21:42 - 5:25:09)                CSO: B. Benavente

************************APPEARANCES************************

**DEFT: ANTONIO A. CASTRO**                              **ATTY: JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.           ( X ) NOT PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: FREDERICK BLACK                           AGENT:

U.S. PROBATION: GRACE FLORES                             U.S. MARSHAL: D. PUNZALAN/J. CURRY/V. ROMAN

**PROCEEDINGS:**   - INITIAL APPEARANCE
                   - ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS
                     SHOULD NOT BE RVOKED

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANTS WAIVE READING OF ( X ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S)_____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) PROCEEDINGS CONTINUED TO: Monday, March 27, 2006   at 2:00 p.m.
( ) DEFENDANT TO BE RELEASED ON BOND (see attached release conditions)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**Attorney for the defendant was not present in Court. The Court continued the hearing to Monday,**

**March 27, 2006 at 2:00 p.m. so that he may consult with his counsel.**

**Based upon the warrant, the Court detained the defendant pending the continued hearing.**

Courtroom Deputy: _MbA_