IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
MAR 27 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00010**            **DATE: 03/27/2006**

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**   Law Clerk: J. Hattori
Court Reporter: Wanda Miles                                          Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 2:11:40 - 2:42:39**               CSO: B. Benavente / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: ANTONIO A. CASTRO**                          **ATTY : JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.   ( X ) NOT PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY: FREDERICK BLACK / TRAVIS HUBBLE**      AGENT:

**U.S. PROBATION: ROBERT CARREON**                      **U.S. MARSHAL: D. PUNZALAN/V. ROMAN**

***

**PROCEEDINGS:   CONTINUED ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE
                 CONDITIONS SHOULD NOT BE REVOKED**

( X ) DEFENDANT SWORN AND EXAMINED: AGE:  42    HIGH SCHOOL COMPLETED:  7th GRADE
(  ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES

( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(  ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*   ( ) *NOT GUILTY* - TO:  THEFT OF PROPERTY - COUNT I

( X ) PLEA AGREEMENT FILED:  MARCH 27, 2006    PLEA: ( X ) *ACCEPTED*   ( ) *REJECTED*

( X ) SENTENCING SET FOR:  JUNE 16, 2006 at 10:00 A.M.
( X ) PRESENTENCE REPORT DUE TO PARTIES:  MAY 26, 2006   DUE TO COURT: JUNE 2, 2006

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( X ) BAIL HEARING SET FOR:  MARCH 30, 2006   at  11:00 A.M.

**NOTES:**

Mr. Arriola informed the Court that his client is prepared to enter into a guilty plea today. Defendant orally consented to enter his plea of guilty before a U.S. Magistrate Judge. Pen and ink changes made to the plea agreement.

The Government requested an expedited sentencing date. GRANTED.

Courtroom Deputy: ___