

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. MG 05-00010-001 |
| | ) | |
| vs. | ) | INFORMATIONAL VIOLATION REPORT |
| | ) | |
| ANTONIO A. CASTRO | ) | |
| Defendant. | ) | |

Re: Violation of Pretrial Release Conditions; No Action Requested

On May 5, 2005, Antonio A. Castro appeared before the Honorable Joaquin V.E. Manibusan, Jr. for an Initial Appearance and Arraignment relative to an Information charging him with Count I: Theft of Property, in violation of 18 U.S.C. § 641 and Count II: Entering Military Property, in violation of 18 U.S.C. § 1382. The defendant pled not guilty, and the Court set a trial date for June 28, 2005. The defendant was subsequently released on a personal recognizance bond with conditions that he: report to the U.S. Probation Office for supervision; maintain or actively seek employment; surrender his passport to Clerk of Court and not obtain any passport; remain at a fixed address and not change residence without prior notice to the U.S. Probation Office; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; refrain from unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a physician; report contact with any law enforcement; not leave Guam without the permission of the U.S. Probation Office and the Court; stay away from all ports of entry and exit; submit a complete and written monthly supervision report to the U.S. Probation Office between the 1st and the 5th of each month; and not come within 500 yards of military property without the permission of the Base Commander. The Court allowed the defendant to reside with defendant Luis-Jeffrey Castro, a related case.

The Court issued a Warrant of Arrest on June 24, 2005 based on a report by the probation office that Antonio Castro absconded from pretrial supervision. The Warrant of Arrest was returned on March 24, 2006. On March 27, 2006, the defendant pled guilty to an Information that charged him with the offense, to wit: Count I: Theft of Property, in violation of 18 U.S.C. § 641. At a Bail Hearing on March 30, 2006, the Court released Mr. Castro on previously ordered conditions of release to include the additional conditions: report weekly to the probation office or as directed; refrain from any use of alcohol; the defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing; and refrain from associating with anyone actively engaged in criminal activity or with persons convicted of a felony. The Court set Sentencing for June 16, 2006.

**ORIGINAL**

INFORMATIONAL VIOLATION REPORT
Violation of Pretrial Release Conditions; No Action Requested
Re: CASTRO, Antonio A.
USDC MG Cs. No. 05-00010-001
April 10, 2006
Page 2

**Special Condition:** *The defendant shall refrain from use or any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner.* On March 31, 2006, Antonio Castro reported for urinalysis and tested presumptive positive for the use of marijuana. He executed an admission form indicating he used marijuana on March 24, 2006. He apologized for his violation and assured no further illicit drug use.

**Supervision Compliance:** Except as outlined above, Mr. Castro has complied with pretrial release conditions.

**Recommendation:** This Officer respectfully recommends that the Court take no action at this time. Any further violations will be reported to the Court accordingly.

RESPECTFULLY submitted this 10th day of April 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Frederick A. Black, AUSA
Joaquin C. Arriola, Jr., Defense Counsel
File