PS 42
(Rev. 07/93)

United States District Court
District of Guam

FILED
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

United States of America )
)
vs. )
)
Antonio A. Castro )    Case No:  MG05-00010-001

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Antonio A. Castro_, have discussed with _Robert I. Carreon_, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

"The defendant shall submit to a mental health intake assessment and participate in any recommended treatment."

I consent to this modification of my release conditions and agree to abide by this modification.

_Antonio A. Castro_    4/10/06
Signature of Defendant    Date

_Robert I. Carreon_    4/10/06
Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Joaquin C. Arriola, Jr._    4/11/06
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective ~~on~~ immediately

[ ] The above modification of conditions of release is *not* ordered.

_The Honorable Joaquin V. E. Manibusan_    4/13/2006
Magistrate Judge    Date
U.S. District Court of Guam

ORIGINAL

RECEIVED
APR 11 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM