
**FILED**
DISTRICT COURT OF GUAM
JUN 13 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO A CASTRO,<br><br>Defendant. | Magistrate Case No. 05-00010<br><br>ORDER |

The sentencing in this case is presently scheduled for Friday, June 16, 2006. Due to the scheduling needs of the Court IT IS HEREBY ORDERED that the sentencing be rescheduled to Monday, June 19, 2006, at 10:00 A.M.

SO ORDERED this _13_ th day of June, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

**ORIGINAL**