DISTRICT COURT OF GUAM
TERRITORY OF GUAM
AMENDED CRIMINAL MINUTES
SENTENCING


FILED
DISTRICT COURT OF GUAM
JUN 21 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MJ-05-00010                    DATE: June 19, 2006

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
Court Recorder: Marilyn Alcon
Hearing Electronically Recorded: 10:01:30 - 10:58:09

Law Clerk: None Present
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Benavente

*********************APPEARANCES*************************

DEFT: __ANTONIO A. CASTRO__
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.

ATTY: __JOAQUIN C. ARRIOLA, JR.__
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK

AGENT:

U.S. PROBATION: CARLEEN BORJA

U.S. MARSHAL: None Present

INTERPRETER: _____

LANGUAGE: _____

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:           Total offense level: 4        Criminal History Category: I

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT
Recommended a minimum sentence under the guidelines.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
A sentence at the low end of the guidelines.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:  The Court stated that the defendant's probation may be terminated early if it is advised by the U.S. Probation Office that probation is no longer necessary.

Government moved to dismiss Count II - Granted.

Page 1 of 2

SENTENCE: MJ-05-00010                    DEFENDANT: ANTONIO A. CASTRO

( X )   DEFENDANT SENTENCED TO PROBATION FOR A TERM OF <u>THREE YEARS**</u>.

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. HE SHALL SUBMIT TO UP TO EIGHT DRUG TESTS A MONTH FOR USE OF A CONTROLLED SUBSTANCE.

3. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATION AS ADOPTED BY THE COURT.

4. DEFENDANT SHALL REFRAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

5. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

6. DEFENDANT SHALL PARTICIPATE IN A MENTAL HEALTH PROGRAM APPROVED BY THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

ALL FINES WERE WAIVED BY THE COURT. DEFENDANT WAS ORDERED TO PAY A SPECIAL ASSESSMENT FEE OF $25.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF THE SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

Courtroom Deputy: _____

**Amended to correct the term of probation from five years to three years