PROB 12B
(7/93)

FILED
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

*United States District Court*

for

*District of Guam*

## Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Antonio A. Castro**  Case Number: **MJ 05-00010-001**

Name of Sentencing Judicial Officer: Honorable Joaquin V.E. Manibusan, Jr.

Date of Original Sentence: June 19, 2006

Original Offense: Theft of Property, 18 U.S.C. § 641.

Original Sentence: Three years probation with conditions that he: not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least eight periodic drug tests thereafter; comply with the standard conditions of supervision; refrain from the use of any and all alcoholic beverages; participate in a substance abuse program, which may include testing for use of drugs or alcohol; participate in a mental health treatment program; perform 100 hours of community service; and pay a $25 special assessment fee.

Type of Supervision: Probation  Date Supervision: June 19, 2006

### PETITIONING THE COURT

☐ To extend the term of supervision _____ years, for a total term _____ years.

☒ To modify the conditions of supervision as follows:

1. The defendant shall perform 100 hours of community service at the direction of the U.S. Probation Officer, in addition to the 100 hours originally imposed.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                                           page 2

CAUSE

Mr. Castro failed to report for urinalysis on June 23, 2006. He also tested positive for the use of methamphetamine on June 26, 2006, and failed to report for drug treatment counseling on June 28, 2006. At a compliance meeting with this Officer on July 3, 2006, Mr. Castro admitted to forgetting about his urinalysis and counseling appointments outlined above. He also executed an admission form for using methamphetamine on June 26, 2006. Mr. Castro stated that he encountered an old friend that offered him the drug, which he should not have accepted. He apologized for his weakness and assured he would endeavor to comply. Mr. Castro was warned of the consequences of continued noncompliance and instructed to utilize the counseling services afforded to him by the Court.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) to include the following:

> "The defendant shall perform 100 hours of community service at the direction of the U.S. Probation Officer, in addition to the 100 hours originally imposed."

Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Castro's consent to the modification. Mr. Castro offered no reasons why he could not return to full compliance.

Except as otherwise outlined above, Mr. Castro has maintained compliance with his other conditions of supervision. He is presently unemployed, but earns some money doing various odd jobs as referred by friends and family. Mr. Castro performs his community service, and is compliant with all requests made of him by this Officer. His compliance will be closely monitored and any subsequent violations will be reported to the Court accordingly.

Reviewed by:                                              Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON                                 by: ROBERT I. CARREON
U.S. Probation Officer                                    U.S. Probation Officer
Supervision Unit Leader

Date: 7/10/06                                             Date: 7/10/06

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

_____
Signature of Judicial Officer

7/17/2006
Date

RECEIVED
JUL 11 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1.     The defendant shall perform 100 hours of community service at the direction of the U.S. Probation Officer, in addition to the 100 hours originally imposed.

Witness: _____Robert I. Carreon_____  Signed: _____Antonio A. Castro_____
             U.S. Probation Officer                    Probationer or Supervised Releasee

_____7/3/06_____
Date