PROB 12C
(12/04)

# UNITED STATES DISTRICT COURT
## for
## District of Guam

FILED
DISTRICT COURT OF GUAM
AUG 15 2006
MARY L.M. MORAN
CLERK OF COURT

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Antonio A. Castro**  Case Number: **MJ05-00010-001**
Name of Sentencing Judicial Officer: Honorable Joaquin V.E. Manibusan, Jr.
Date of Original Sentence: June 19, 2006

Original Offense: Theft of Property, 18 U.S.C. § 641.

Original Sentence: Three years probation with conditions that he: not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least eight periodic drug tests thereafter; comply with the standard conditions of supervision; refrain from the use of any and all alcoholic beverages; participate in a substance abuse program, which may include testing for use of drugs or alcohol; participate in a mental health treatment program; perform 100 hours of community service; and pay a $25 special assessment fee. **Conditions modified July 17, 2006** to include an additional 100 hours of community service as a sanction for noncompliance.

Type of          Probation          Date Supervision Commenced:    June 19, 2006
Assistant U.S. Attorney:    Joseph Tock         Defense Attorney:    Joaquin C. Arriola, Jr.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to report for urinalysis (7/18/06, 7/22/06) |
| 2 | Failure to report for mental health treatment counseling (7/19/06, 7/26/06) |
| 3 | Failure to perform community service (last performed 7/13/06) |
| 4 | Failure to report a change in residence (7/14/06) |
| 5 | Failure to submit monthly supervision report for June 2006. |

Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*See attached Declaration in Support of Petition -
Violation of Probation: Request for a Warrant of Arrest*

Reviewed by: *[signature]*
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
Date: Aug. 1, 2006

Reviewed by: *[signature]*
JOSEPH TOCK
Assistant U.S. Attorney
Date: 8-2-06

I declare under penalty of perjury
that the foregoing is true and correct.
*[signature]*
ROBERT I. CARREON
U.S. Probation Officer
Executed on: 8/1/06

## THE COURT ORDERS:

[ ] No action.

[X] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

*[signature]*
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge

August 15, 2006
Date

RECEIVED AUG 14 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

ORIGINAL

# VIOLATION WORKSHEET

1. Defendant **Antonio A. Castro**

2. Docket Number (Year-Sequence-Defendant No.) **MJ 05-00010-001**

3. District/Office **Guam**

4. Original Sentence Date **06** / **19** / **06**
                                      month   day   year

(If different than above):

5. Original District/Office    N/A

6. Original Docket Number (Year-Sequence-Defendant No.)    N/A

7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| • Failure to report for urinalysis (7/18/2006, 7/22/2006) | C |
| • Failure to report for mental health treatment counseling (7/19/2006, 7/26/2006) | C |
| • Failure to perform community service (7/13/2006) | C |
| • Failure to report a change in residence (7/14/2006) | C |
| • Failure to submit monthly supervision report for June 2006. | C |
| • | |

8. Most Serious Grade of Violation (see §7B1.1(b)) — **C**

9. Criminal History Category (see §7B1.4(a)) — **I**

10. Range of Imprisonment (see §7B1.4(a)) — **3 - 9 months**

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002

Case 1:05-mj-00010    Document 43    Filed 08/15/2006    Page 3 of 6

Defendant: Antonio A. Castro

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    Restitution ($) 0            Community Confinement 0

    Fine ($) 0                    Home Detention N/A

    Other                         Intermittent Confinement

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: N/A to N/A years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment: 6 months

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

    **None.**

15. **Official Detention Adjustment** (see §7B1.3(e)):  _____ months  _____ days

Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE-Suite 2-500, South Lobby, Washington, DC 20002-8002

Case 1:05-cr-00500 Document 43 Filed 03/15/2006 Page 4 of 6

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE CASE NO. 05-00010-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | DECLARATION IN SUPPORT OF PETITION |
| ANTONIO A. CASTRO | ) | |
| Defendant. | ) | |
| | ) | |

**Re:   Violation of Probation;  Request for a Warrant of Arrest**

I, U.S. Probation Officer Robert I. Carreon, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Probation for Antonio A. Castro, and in that capacity declare as follows:

**Special Condition :** *The defendant shall participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. It is further ordered that the defendant make co-payment for treatment at a rate to be determined by the U.S. Probation Office.* Mr. Castro failed to report for urinalysis on July 18, 2006 and July 22, 2006. He further failed to report to the probation office for compliance meetings subsequent to these absences, as required by the drug treatment and testing program.

**Special Condition :** *The defendant shall participate in a mental health program approved by the U.S. Probation Office.* Mr. Castro failed to report for mental health counseling sessions on July 19, 2006 and July 26, 2006. He has not contacted this Officer to explain his absences.

**Special Condition :** *The defendant shall perform 100 hours of community service.* Mr. Castro was referred for community service at the National Park Service on July 5, 2006. He was to perform 8 hours per day, Monday through Friday until completion of the 100 hours imposed. Mr. Castro completed a total of 30 hours but failed to perform any community service after July 13, 2006. He has not contacted this Officer to explain his absences.

DECLARATION IN SUPPORT OF PETITION
Violation of Probation; Request for a Warrant of Arrest
Re:     CASTRO, Antonio A.
USDC MJ Cs. No. 05-00010-001
August 1, 2006
Page 2

**Standard Condition :** *The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.* Attempts to contact Mr. Castro to address the violations noted above have been unsuccessful. On July 19, 2006, this Officer contacted Mr. Castro's cousin, Ramon Toves. Mr. Toves has provided Mr. Castro with a residence, financial support, and transportation, since Mr. Castro began his term of probation on June 19, 2006. Mr. Toves informed this Officer that Mr. Castro vacated his residence on July 14, 2006 and he has not seen nor heard from him since. Mr. Toves further related that Mr. Castro is driving his unregistered vehicle without his consent. This Officer advised Mr. Toves to report the vehicle stolen to the Guam Police Department.

**Standard Condition :** *The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.* Mr. Castro failed to submit his monthly supervision report for the month of June 2006, which was due July 5, 2006.

**Supervision Compliance:** Mr. Castro has performed 30 of the 200 hours of community service imposed by the Court (100 hours originally imposed and 100 hours modified on July 17, 2006).

**Recommendation:** It appears that Mr. Castro has absconded. Given a prior drug use violation incident (methamphetamine use on June 26, 2006), this Officer respectfully requests that the Court issue a Warrant of Arrest for Antonio A. Castro to appear for a hearing to answer or show cause why supervised release should not be revoked pursuant to 18 U.S.C. § 3583(e)(3).

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this __1ST__ day of August 2006, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:     Joseph Tock, AUSA
        Joaquin C. Arriola, Jr., Defense Counsel
        File