AO 442    (Rev. 10/03)  Warrant for Arrest

 **FILED**

# UNITED STATES DISTRICT COURT

**DISTRICT COURT OF GUAM**

**MAY 29 2007**

**MARY L.M. MORAN**
**CLERK OF COURT**

District of _____ GUAM

UNITED STATES OF AMERICA

V.

ANTONIO A. CASTRO

**WARRANT FOR ARREST**

Case Number: MJ-05-00010

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ANTONIO A. CASTRO
_____
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☑ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

ORDER TO SHOW CAUSE WHY CONDITIONS OF PROBATION SHOULD NOT BE REVOKED

SEE PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION AND ORDER
SEPARATELY FILED ON AUGUST 15, 2006

in violation of Title __18__ United States Code, Section(s) __3583(e)(3)__

| | |
|---|---|
| MELISSA L. TRAUNER | *Melissa L. Trauner* |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 8/17/2006    HAGATNA, GUAM |
| Title of Issuing Officer | Date    Location |

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, ASTUMbo, DeDedo |

| DATE RECEIVED 08 17 06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 05 29 07 | TFO Eugene T. Ianos | *Eugene T. ...* |

**ORIGINAL**

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  ANTONIO A. CASTRO

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:                                          WEIGHT:

SEX:                                                 RACE:

HAIR:                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: