**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: MJ-05-00010　　　　　　　　　　　　　　　DATE: May 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Peter Santos　　　　Electronically Recorded: 9:29:06 - 9:39:05
CSO: D. Quinata

**APPEARANCES:**

Defendant: Antonio A. Castro　　　　　　Attorney: Joaquin C. Arriola, Jr.
　　Present　Custody　Bond　P.R.　　　　　Present　Retained　FPD　CJA
U.S. Attorney: Ryan Anderson　　　　　　U.S. Agent:
U.S. Probation: Carmen O'Mallan　　　　U.S. Marshal: C. Marquez
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance re Petition to Revoke Probation**
- Defendant admits to all the allegations.
- Court finds that the Defendant did violate conditions of probation.
- Revocation of probation <u>granted</u>.
- Defendant sentenced to 12 months imprisonment (refer to Revocation Judgment).

NOTES: Court recommends to Bureau of Prisons for immediate designation to an appropriate facility.