# UNITED STATES DISTRICT COURT

District of **GUAM**

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| ANTONIO A. CASTRO | Case Number: MJ-05-00010 |
| | USM Number: 02542-093 |
| | JOAQUIN C. ARRIOLA JR., Court Appointed |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) _____Grade C_____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to report for urinalysis | 7/22/06 |
| 2 | Failure to report for mental health treatment counseling | 7/26/06 |
| 3 | Failure to perform community service | 7/13/06 |
| 4 | Failure to report a change of residency | 7/14/06 |
| 5 | Failure to submit monthly supervision report | 6/06 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-6699

Defendant's Date of Birth: XX-XX-1964

May 30, 2007
Date of Imposition of Judgment

Defendant's Residence Address:

Yigo, Guam   96929

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jun 04, 2007**

Defendant's Mailing Address:

Same as Above

DEFENDANT: ANTONIO A. CASTRO
CASE NUMBER: MJ-05-00010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 MONTHS. While in prison, defendant shall participate in any drug and mental health treatment program as well as any educational/vocational program as approved by the Bureau of Prisons.

- [x] The court makes the following recommendations to the Bureau of Prisons:
  Immediate designation to an appropriate facility.

- [x] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district:
  - [ ] at _____ [ ] a.m. [ ] p.m. on _____ .
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before 2 p.m. on _____ .
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL