DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. **05-00010** |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **ANTONIO A. CASTRO,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to August 21, 2006.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 02, 2007