Judgment — Page __2__ of __2__

DEFENDANT:        ANTONIO A. CASTRO
CASE NUMBER:   MJ-05-00010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 MONTHS. While in prison, defendant shall participate in any drug and mental health treatment program as well as any educational/vocational program as approved by the Bureau of Prisons.

x    The court makes the following recommendations to the Bureau of Prisons:
Immediate designation to an appropriate facility.

x    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at  _____  ☐ a.m.  ☐ p.m.   on  _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on  _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

# FILED
### DISTRICT COURT OF GUAM

JAN 2 8 2008

**JEANNE G. QUINATA**
~~Clerk of Court~~

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  _____11-2-07_____  to  ___FDC Honolulu___

a  ___Honolulu, HI___  with a certified copy of this judgment.

Linda T. McGrew
WARDEN    ~~UNITED STATES MARSHAL~~

By  ___W. Tsai___
CIE   ~~DEPUTY UNITED STATES MARSHAL~~

%AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

RECEIVED

2007 NOV 28 PM 3: 37

U.S. MARSHALS SERVICE
HONOLULU

# UNITED STATES DISTRICT COURT

District of _____ **GUAM** _____

UNITED STATES OF AMERICA

**V.**

ANTONIO A. CASTRO

## JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)

Case Number:      MJ-05-00010

USM Number:      02542-093

JOAQUIN C. ARRIOLA JR., Court Associated
Defendant's Attorney

**FILED**
DISTRICT COURT OF GUAM

JAN 28 2008

JEANNE G. QUINATA
Clerk of Court

## THE DEFENDANT:

X  admitted guilt to violation of condition(s) _____ Grade C _____ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to report for urinalysis | 7/22/06 |
| 2 | Failure to report for mental health treatment counseling | 7/26/06 |
| 3 | Failure to perform community service | 7/13/06 |
| 4 | Failure to report a change of residency | 7/14/06 |
| 5 | Failure to submit monthly supervision report | 6/06 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   XXX-XX-6699

Defendant's Date of Birth:   XX-XX-1964

Date of Imposition of Judgment

May 30, 2007

Defendant's Residence Address:

Yigo, Guam   96929

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**
**Dated: Jun 04, 2007**

Defendant's Mailing Address:

Same as Above

RECEIVED

JUN - 6 2007

US MARSHALS SERVICE-GUAM

RECEIVED

JAN 28 2008

US MARSHALS SERVICE-GUAM